**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000076
29-OCT-2020
09:08 AM
Dkt. 53 ODSD**

NO. CAAP-20-0000076

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CHRIS SLAVICK, Petitioner-Appellant, v.
STATE OF HAWAIʻI, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 1PR191000014; CR. NO. 1PC041001534)

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Leonard and Chan, JJ.)

Upon review of the record, it appears that:

(1) On February 15, 2020, self-represented Petitioner-Appellant Chris Slavick (Slavick) filed the notice of appeal;

(2) The opening brief was due on a third extension on or before August 17, 2020;

(3) Slavick failed to file the opening brief or request another extension of time;

(4) On September 24, 2020, the appellate clerk notified Slavick that the time for filing the opening brief had expired, the matter would be called to the court's attention on October 5, 2020, for appropriate action, which could include dismissal of

the appeal, under Hawaiʻi Rules of Appellate Procedure Rule 30, and Slavick could request relief from default by motion; and

(5) Slavick took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, October 29, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge